United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03071-HWV |
| William Gene Burgee, Jr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 29, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5421846 | + | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112, United Asset Management, LLC c/o FCI Lender Services 92809-0112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wells Fargo Bank afogle@rascrane.com |
| Chad J. Julius | on behalf of Debtor 1 William Gene Burgee Jr cjulius@ljacobsonlaw.com, egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Emmanuel Joseph Argentieri | on behalf of Creditor United Asset Management LLC bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Creditor PA Dept of Revenue pat@turnerandoconnell.com |

James H Turner
    on behalf of Debtor 1 William Gene Burgee Jr pat@turnerandoconnell.com

James H. Turner
    on behalf of Debtor 1 William Gene Burgee Jr pat@turnerandoconnell.com, notices@UpRightLaw.com

Jerome B Blank
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust pamb@fedphe.com

Jim Peavler
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Joshua I Goldman
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Kevin Buttery
    on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL OR BANKING CAPACITY BUT SOLELY AS TRUSTEE FOR THE SRMOF II 2011-1 TRUST kbuttery@rascrane.com

Kevin S Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

Lauren Marie Moyer
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust lmoyer@friedmanvartolo.com ecfmail@ecf.courtdrive.com

Lorraine Gazzara Doyle
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michelle Ghidotti
    on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bknotifications@ghidottiberger.com

Richard Postiglione
    on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com

Thomas Song
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 21

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:18-bk-03071-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

William Gene Burgee, Jr  
1000 Cherimoya St  
York PA 17404

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/28/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112, United Asset Management, LLC, c/o FCI Lender Services | United Asset Management, LLC<br>Fay Servicing, LLC<br>Bankruptcy Department<br>PO Box 814609<br>Dallas, TX 75381-4609<br>United Asset Management, LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/01/22

Terrence S. Miller  
**CLERK OF THE COURT**